**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **SHEILA JAMES**, <br><br> Plaintiff, <br><br> vs. <br><br> **NATIONAL RAILROAD PASSENGER CORPORATION (AMTRAK)**, <br><br> Defendant. | Case No.: 17-CV-6645-YGR <br><br> **ORDER DISMISSING ACTION FOR FAILURE TO PROSECUTE** |

By Order issued September 16, 2019, plaintiff was directed to file, no later than March 6, 2020, a status update informing the Court whether she was in a position to litigate her claims. (Dkt. No. 46.) Having not heard from plaintiff, the Court issued another Order on October 14, 2020, advising plaintiff that it intends to dismiss this action for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b), unless a showing to the contrary was made by November 6, 2020. (Dkt. No. 51.) To date, plaintiff has not made any submissions.

Accordingly, this action is **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED**.

Date: November 17, 2020

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**