UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHEILA JAMES,<br><br>    PLAINTIFF,<br><br>V.<br><br>NATIONAL RAILROAD PASSENGER CORPORATION (AMTRAK),<br><br>    DEFENDANTS. | Case No. 17-cv-06645-YGR (JCS)<br><br>**CLERK'S NOTICE SETTING PRE-SETTLEMENT SCHEDULING CONFERENCE BY ZOOM** |

TO ALL PARTIES AND COUNSEL OF RECORD:

YOU ARE HEREBY NOTIFIED THAT the pre-settlement scheduling conference is set for **February 9, 2021, at 10:30 AM** by Zoom.

For Zoom connection, see: https://apps.cand.uscourts.gov/telhrg/. This proceeding will be a Zoom video conferencing meeting.

**On the day of the Scheduling Conference the parties shall connect to the Zoom Meeting at the following address:**

https://cand.uscourts.zoomgov.com/j/1616644640?pwd=cElJZ0g3dDJqcWNSb1pnSDNmanV0QT09. **Zoom Meeting ID: 161 664 4640. Password: 841312.  A link to the Court's video conferencing meeting is also located on the Court's website at**

**https://www.cand.uscourts.gov/judges/spero-joseph-c-jcs/**

**Click on the + Joining Non-public hearings (settlement conferences, etc.).  Parties will initially enter a "waiting room" and will be admitted into the meeting by court staff.**

Dated: February 1, 2021

>Susan Y. Soong
>Clerk, United States District Court
>
>_Karen L. Hom_
>Karen Hom, Deputy Clerk to the
>Honorable JOSEPH C. SPERO
>415-522-2035

2